1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KANNON ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT AYALA, et al.,<br><br>    Defendants. | Case No. 2:20-cv-08024-VAP-JDE<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff Kannon Robinson ("Plaintiff"), the Motion to Dismiss the Complaint (Dkt. 8, "Motion") filed by Defendants Robert Ayala, Marcela Corona, and Joscelyn Olmos ("Defendants"), Plaintiff's Opposition to the Motion (Dkt. 12), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 14, "Report"). No party file timely written objections to the Report. The Report is approved and accepted

   Therefore, IT IS HEREBY ORDERED that:

   1.  Defendant's Motion (Dkt. 8) is granted in part and denied in part as follows:

a. the Complaint's official capacity claims against Defendants are dismissed with 21 days' leave to amend; and

b. The Motion is otherwise denied in all other respects.

2. If Plaintiff desires to pursue the official capacity claims dismissed above, Plaintiff is ordered to, within 21 days from the date of the this Order, file a First Amended Complaint that remedies the deficiencies discussed above, is full and complete in and of itself is without reference to any other pleading, and does not include new defendants or new claims, after the filing of which Defendants will have 21 days to answer or otherwise respond to such First Amended Complaint.

3. If Plaintiff wishes to proceed solely on the claims other than her official capacity claims, she need take no action, in which event, Defendants are ordered to answer the Complaint, as limited herein, within 35 days from the date of this Order.

IT IS SO ORDERED.

Dated: February 4, 2021

Virginia A. Phillips
United States District Judge

2