UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KANNON ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT AYALA, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-08024-VAP-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed by Plaintiff Kannon Robinson ("Plaintiff"), this Court's prior Order Accepting Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 15), the Motion for Summary Judgment (Dkt. 23, "Motion") filed by Defendants Robert Ayala, Marcela Corona, and Joscelyn Olmos, and the second Report and Recommendation of the Magistrate Judge (Dkt. 28, "Report"). No party filed timely written objections to the Report. The Report is approved and accepted

　　　Therefore, IT IS HEREBY ORDERED that:

　　　1.　　The Motion (Dkt. 23) is GRANTED;

　　　2.　　The Complaint is DISMISSED with prejudice; and

3. Judgment shall be entered in accordance with the foregoing.

IT IS SO ORDERED.

Dated: February 28, 2022

                                       VIRGINIA A. PHILLIPS
                                       United States District Judge