JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| KANNON ROBINSON, | Case No. 2:20-cv-08024-VAP-JDE |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT AYALA, et al., | |
| Defendants. | |

    Pursuant to the Orders Accepting Findings and Recommendation of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: February 28, 2022

_____
Virginia A. Phillips
United States District Judge